

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lamont Lankeen Mitchell, Appellant

No. 06-22-00001-CR        v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2128583). Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment and the bill of costs by deleting the time payment fee. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Lamont Lankeen Mitchell, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 17, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk